# United States District Court

WESTERN DISTRICT OF WASHINGTON

ERICA IRENE YEATMAN,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5443KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the defendant improperly concluded plaintiff was not disabled, and, therefore reverses the ALJ's decision and remands this matter to defendant for further administrative proceedings.

March 28, 2011

WILLIAM M. McCOOL
Clerk

By Traci Whiteley, Deputy Clerk